TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-05-00358-CV






Marietta Sepaugh, Individually, and as Next Friend of her minor son,

Frank LaGrone, Deceased, Appellant


v.


Paul LaGrone, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT

NO. GN402204, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING



 

O R D E R

PER CURIAM 

 The appellant has filed a motion for reconsideration en banc. The motion is denied.

 It is ordered December 11, 2009.



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton, Waldrop and Henson;

 Dissenting Opinion by Justice Henson